# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

| | |
|---|---|
| TAMARIS (GIBRALTAR) LIMITED, | ) |
| *Plaintiff,* | ) ) ) |
| v. | ) ) Civil Action No. 1:24-cv-748 (PTG/IDD) |
| AMPPRAGMATICPLAY.COM, *et al.*, | ) ) |
| *Defendants.* | ) ) ) |

## ORDER

This matter comes before the Court on the December 23, 2024 Report and Recommendation ("R&R") from Magistrate Judge Ivan D. Davis regarding Plaintiff's Motion for Default Judgment as to Defendants (Dkt. 11). Dkt. 15. Judge Davis advised the parties that objections to the R&R must be filed within fourteen (14) days of service and failure to object waives appellate review. Dkt. 15 at 14. To date, no objections have been filed.

After reviewing the record and Judge Davis' Recommendation, and finding good cause, the Court hereby **APPROVES** and **ADOPTS** the findings Judge Davis set forth in the R&R (Dkt. 15). Accordingly, it is hereby

**ORDERED** that Plaintiff's Motion for Default Judgment (Dkt. 11) is **GRANTED**; and it is further

**ORDERED** that default judgment be **ENTERED** in favor of Plaintiff and against Defendant Domain Names; and it is further

**ORDERED** that VeriSign, Inc. and Public Interest Registry change the registrar(s) of record for the Defendant Domain Names to Plaintiffs' domain name registrar of choice, SafeNames Ltd.; and it is further

**ORDERED** that SafeNames Ltd. take all necessary steps to have Plaintiff Tamaris (Gibraltar) Limited listed as the registrant for each of the sixty-two (62) Defendant Domain Names.

The Clerk of Court is directed to enter judgment in favor of Plaintiffs, and against Defendants, as set forth above, pursuant to Federal Rule of Civil Procedure 55. The Clerk is further directed to forward a copy of this Order to all parties of record.

It is **SO ORDERED**.

\*\*\*

To appeal this decision, Defendants must file a written notice of appeal with the Clerk of the Court within thirty (30) days of the date of entry of this Order. A notice of appeal is a short statement indicating a desire to appeal, including the date of the order Defendants want to appeal. Defendants need not explain the grounds for appeal until so directed by the court of appeals. Failure to file a timely notice of appeal waives Defendants' right to appeal this decision.

Entered this 13th day of January, 2025
Alexandria, VA

/s/
Patricia Tolliver Giles
United States District Judge